UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAIRO ARTURO OSORIO-ENRIQUEZ; and LOIS OSORIO, Husband and Wife,<br><br>Plaintiffs,<br><br>v.<br><br>JERRY FORTENBERRY; *et al.*,<br><br>Defendants. | Case No. 2:14-cv-00322-APG-VCF<br><br>**Order** |

Defendants C.R. England, Inc. and Jerry Fortenberry ("Removing Defendants") removed this case to federal court on February 28, 2014. The removing party has the burden of proving that removal is proper, and that this court may properly assert jurisdiction over the parties and dispute. In their Statement Regarding Removal [Dkt. #5], the Removing Defendants allege that:

> Upon information and belief, Defendant The Contractors of C.R. England is an Association and not a legal entity.
>
> Upon information and belief, Defendant C.R. England and Sons, Inc. is the former name of Defendant C.R. England, Inc. and, as such, is no longer a viable legal entity.
>
> Upon information and belief, Defendant Premier Trucking, Inc. is a DBA of Defendant C.R. England, Inc.

[Dkt. 5 at 2:25-3:2.] It is unclear why Defendants C.R. England, Inc. has made these allegations "upon information and belief," rather than upon its personal knowledge of its own corporate records and activities. Accordingly, on or before Friday, March 14, 2014, Removing Defendants must file with the Court sufficient proof and explanation of the citizenship of these entities, so the

Court may properly evaluate whether the case should be remanded to state court. Failure to do so will result in remand of this case.

Dated: March 6, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE